UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Eric Leggett                          :        Chapter 7
       Patrice Leggett                   :
              Debtors            :        No. 18-11472-amc

## AMENDED CERTIFICATION OF SERVICE OF MOTION TO AVOID JUDICIAL LIEN OF AMERICAN HERITAGE FEDERAL CREDIT UNION

IT IS HEREBY CERTIFIED, that on April 12, 2018 a true and correct copy of the Debtors' Motion to Avoid American Heritage Federal Credit Union's Judicial Lien on the Debtors' residence along with the Notice of Hearing Date has been served upon the Debtors and the following parties by the following means:

Richard M. Squire, Esquire
Richard M. Squire & Associates, LLC.
115 W. Avenue, #104
Jenkintown, PA 19046
(Counsel for American Heritage Federal Credit Union)
(Via first class mail)

Bruce K. Foulke, President & CEO
American Heritage Federal Credit Union
2060 Red Lion Road
Philadelphia, PA 19115
(Via Certified Mail Return Receipt Requested)
(Copy of signed Postal Return Receipt is attached as Exhibit "A")

Terry Dershaw, Chapter 7 Trustee
(Via electronic service)

United States Trustee
(Via electronic service)

**WATERMAN & MAYER, LLP**

BY: /s/ Scott F. Waterman
**SCOTT F. WATERMAN**
Attorney for Debtors

Dated: April 19, 2018

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bruce K. Faulke, President + CEO
American Heritage Federal Credit Union
2060 Red Lion Road
Philadelphia, PA 19115

9590 9402 3412 7227 8769 51

2. Article Number (Transfer from service label)

7017 0190 0000 2850 7360

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Robert M Tolok_  ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Robert M Tolok
C. Date of Delivery: 4-16-18

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# EXHIBIT "A"