**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Eric Leggett and Patrice Leggett<br>　　　　Debtor<br><br>Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-35CB, Mortgage Pass-Through Certificates, Series 2006-35CB, or its Successor or Assignee<br>　　　　　　　Movant<br>　　　　vs.<br><br>Terry P. Dershaw<br>Eric Leggett and Patrice Leggett<br>　　　　　　Respondents | Chapter 7<br>Bankruptcy No. 18-11472-AMC |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-35CB, Mortgage Pass-Through Certificates, Series 2006-35CB or its Successor or Assignee, filed a Motion For Relief From the Automatic Stay with the court requesting Relief from the automatic stay as to property at 124 President Avenue, Rutledge, Pennsylvania 19070.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

　　　1.　　If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before <u>May 31, 2018</u> you or your attorney must do <u>all</u> of the following:

　　　　　　(a)　　file an answer explaining your position at

　　　　　　　　　United States Bankruptcy Court
　　　　　　　　　For the Eastern District of Pennsylvania
　　　　　　　　　900 Market Street
　　　　　　　　　Suite 400
　　　　　　　　　Philadelphia, Pennsylvania 19109

　　　If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

　　　　　　(b)　　mail a copy to the movant's attorney:

　　　　　　　　　Ann E. Swartz, Esquire
　　　　　　　　　McCabe, Weisberg & Conway, LLC
　　　　　　　　　123 S. Broad Street, Suite 1400
　　　　　　　　　Philadelphia, PA 19109

        Phone: 215-790-1010
        Fax: 215-790-1274

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.      A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on June 13, 2018 at 11:00 a.m. in Courtroom 5, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, Pennsylvania 19109.

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: May 17, 2018