**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Eric Leggett and Patrice Leggett<br>　　　　　　　Debtor<br><br>Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-35CB, Mortgage Pass-Through Certificates, Series 2006-35CB, or its Successor or Assignee<br>　　　　　　　Movant<br>　　　vs.<br>Terry P. Dershaw<br>Eric Leggett and Patrice Leggett<br>　　　　　　　Respondents | Chapter 7<br>Bankruptcy No. 18-11472-AMC |

**CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CERTIFICATION OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

　　　I, Ann E. Swartz, attorney for Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-35CB, Mortgage Pass-Through Certificates, Series 2006-35CB, hereby certify that I served a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Certification of Service of Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: May 17, 2018

| | | |
|---|---|---|
| Eric Leggett<br>124 President Avenue<br>Rutledge, PA 19070<br><br>Patrice Leggett<br>124 President Avenue<br>Rutledge, PA 19070 | Scott F. Waterman<br>110 West Front Street<br>Media, PA 19063 | Terry P. Dershaw<br>Dershaw Law Offices<br>PO Box 556<br>Warminster, PA18974-0632 |

　　　　　　　　　　　　/s/ Ann E. Swartz, Esquire
　　　　　　　　　　　　ANN E. SWARTZ, ESQUIRE, I.D. # 201926
　　　　　　　　　　　　ALEXANDRA T. GARCIA, ESQUIRE - ID # 307280
　　　　　　　　　　　　Attorney for Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-35CB, Mortgage Pass-Through Certificates, Series 2006-35CB
　　　　　　　　　　　　123 South Broad Street, Suite 1400
　　　　　　　　　　　　Philadelphia, PA 19109
　　　　　　　　　　　　Telephone: (215) 790-1010
　　　　　　　　　　　　Facsimile: (215) 790-1274
　　　　　　　　　　　　Email: ecfmail@mwc-law.com