UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Eric Leggett              :     Chapter 7
        Patrice Leggett           :
              Debtors             :     No. 18-11472-amc

## ORDER AVOIDING JUDICIAL LIEN WHICH IMPAIRS EXEMPTIONS

AND NOW, this 16th day of May, 2018, upon consideration of Debtors' Motion to Avoid the Judicial Lien of American Heritage Federal Credit Union, and Respondent's response, if any, it is hereby ORDERED that Debtors' Motion is **GRANTED**.

IT IS FURTHER ORDERED THAT the aforesaid judicial lien on the Debtors' residence located at 124 President Ave., Rutledge, Delaware County, PA 19070 resulting from the judgment entered in the case captioned: American Heritage Federal Credit Union vs. Eric T. Leggett, Delaware County Court of Common Pleas No. 2013-9473 is hereby avoided in its entirety pursuant to 11 U.S.C. §522(f) upon entry of discharge.

BY THE COURT:

_____
Ashely M. Chan, Bankruptcy Judge