United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-11472-amc
Eric Leggett                                                            Chapter 7
Patrice Leggett
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: YvetteWD    Page 1 of 1    Date Rcvd: May 17, 2018
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2018.
db/jdb        +Eric Leggett,    Patrice Leggett,    124 President Avenue,    Rutledge, PA 19070-2111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2018 at the address(es) listed below:
      ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-35CB, Mortgage Pass-T ecfmail@mwc-law.com, ecfmail@mwc-law.com
      ANN E. SWARTZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-35CB) ecfmail@mwc-law.com, ecfmail@mwc-law.com
      CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union cbrennan@klehr.com, nharrison@klehr.com
      KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN    on behalf of Debtor Eric   Leggett scottfwaterman@gmail.com, scottfwaterman@gmail.com
      SCOTT F. WATERMAN    on behalf of Joint Debtor Patrice   Leggett scottfwaterman@gmail.com, scottfwaterman@gmail.com
      TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                    TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | Eric Leggett | : | Chapter 7 |
| | Patrice Leggett | : | |
| | Debtors | : | No. 18-11472-amc |

### ORDER AVOIDING JUDICIAL LIEN WHICH IMPAIRS EXEMPTIONS

AND NOW, this 16th day of May, 2018, upon consideration of Debtors' Motion to Avoid the Judicial Lien of American Heritage Federal Credit Union, and Respondent's response, if any, it is hereby ORDERED that Debtors' Motion is **GRANTED**.

IT IS FURTHER ORDERED THAT the aforesaid judicial lien on the Debtors' residence located at 124 President Ave., Rutledge, Delaware County, PA 19070 resulting from the judgment entered in the case captioned: American Heritage Federal Credit Union vs. Eric T. Leggett, Delaware County Court of Common Pleas No. 2013-9473 is hereby avoided in its entirety pursuant to 11 U.S.C. §522(f) upon entry of discharge.

BY THE COURT:

_____
Ashely M. Chan, Bankruptcy Judge