**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Eric Leggett and Patrice Leggett<br>　　　　　Debtor<br><br>Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-35CB, Mortgage Pass-Through Certificates, Series 2006-35CB, or its Successor or Assignee<br>　　　　　Movant<br>　　　　vs.<br>Terry P. Dershaw<br>Eric Leggett and Patrice Leggett<br>　　　　　Respondents | Chapter 7<br>Bankruptcy No. 18-11472-AMC |

**ORDER**

AND NOW, this  13th  day of  June , 20 18 , it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) be, and the same hereby is, MODIFIED to permit Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-35CB, Mortgage Pass-Through Certificates, Series 2006-35CB, or its Successor or Assignee, to foreclose its mortgage, and, without limitation, to exercise any other rights it has under the mortgage or with respect to the property located at: 124 President Avenue, Rutledge, Pennsylvania 19070, such actions may include but are not limited to selling the property at Sheriff's Sale, entering into a loan modification or signing a deed in lieu of foreclosure, and it is further,

ORDERED that Movant shall be permitted to communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law.

ORDERED that Movant may pursue any and all loss mitigation options with respect to the Debtor(s) or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cc.:
Terry P. Dershaw　　　　　　　　　　　　　　Ann E. Swartz, Esquire
Dershaw Law Offices　　　　　　　　　　　　McCabe, Weisberg & Conway, LLC
PO Box 556　　　　　　　　　　　　　　　　123 S. Broad St., Suite 1400
Warminster, PA 18974-0632　　　　　　　　 Philadelphia, PA  19109

Scott F. Waterman
110 West Front Street
Media, PA 19063

Eric Leggett
124 President Avenue
Rutledge, PA 19070

Patrice Leggett
124 President Avenue
Rutledge, PA 19070

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107