United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 18-11472-amc
Eric Leggett                                                                            Chapter 7
Patrice Leggett
        Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: DonnaR                  Page 1 of 2                  Date Rcvd: Jul 17, 2018
                              Form ID: 318                  Total Noticed: 52
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2018.
```
db/jdb         +Eric Leggett,   Patrice Leggett,    124 President Avenue,    Rutledge, PA 19070-2111
14068074       +AD Premier Orthopedic & Sports Medical,    3809 West Chester Pike, Suite 150,
                 Newtown Square, PA 19073-0259
14068076       +AMCOL Systems, Inc.,   P.O. Box 21625,    Columbia, SC 29221-1625
14068079       +American Homepatient,    P.O. Box 534117,   Atlanta, GA 30353-4117
14068080        Bayview Loan Servicing,    Customer Service Department,    P.O. Box 33149,   Miami, FL 33233-1409
14068081       +Bryn Mawr Hospital,    Patient Payments,   P.O. Box 784950,    Philadelphia, PA 19178-4950
14068088        Crozer Chester Medical Center,    One Medical Center Blvd.,    Upland, PA 19013-3995
14068089        DJ Orthopedics, LLC,    P.O. Box 515471,   Las Vegas, NV 89117
14068092       +EOS CCA,   P.O. Box 981002,   Boston, MA 02298-1002
14068091       +Encore Receivable Management, Inc.,    400 N. Rogers Road,    P.O. Box 3330,
                 Olathe, KS 66063-3330
14068093       +FedLoan Servicing,    Attention: Bankruptcy,   Po Box 69184,    Harrisburg, PA 17106-9184
14068094       +Five Star Home Foods,    234 Mall Blvd #140,   King of Prussia, PA 19406-2954
14068095       +Franklin Mint Federal Credit Union,    5 Hillman Dr Ste 100,    Chadds Ford, PA 19317-9752
14068098       +LO Premier Ortho & Sports Medicine,    1 Bartol Avenue, Suite 100,    Ridley Park, PA 19078-2214
14068097        Linebarger, Goggan Blair & Samson LLP,    P.O. Box 659443,    San Antonio, TX 78265-9443
14068100       +MLR Solutions,    P.O. Box 60536,   King of Prussia, PA 19406-0536
14068099       +Main Line Health Care,    P.O. Box 8500-4600,   Philadelphia, PA 19178-0001
14068101       +Modern Exterminating & Termite Control,    2200 MacDade Blvd.,    Holmes, PA 19043-1496
14068102       +NCO,   P.O. Box 15630,    Dept 99,  Wilmington, DE 19850-5630
14068103       +OA Premier Ortho & Sports Medicine,    One Medical Center Boulevard,    POB II, Ste. 324,
                 Upland, PA 19013-3902
14068104       +Pediatric Eye Physicians &,   Surgeons,    155 W. Lancaster Ave.,    Paoli, PA 19301-1740
14068105       +Physian Billing -PB Chop,    P.O. Box 788017,   Philadelphia, PA 19178-8017
14068106        Physician Billing - PB CHOP,    P.O. Box 8017,   Philadelphia, PA 19178-8017
14068108       +Pulmonary Critical Care & Sleep Assoc.,    1098 W. Baltimore Pike,    Suite 3402,
                 Media, PA 19063-5139
14068109        Quest Diagnositics Inc.,    P.O. Box 740775,   Cincinnati, OH 45274-0775
14068110       +Richard M. Squire & Associates,    One Jenkintown Station,    115 W. Avenue, Suite 104,
                 Jenkintown, PA 19046-2031
14068111        Riddle Hospital,    Patient Payments,   P.O. Box 8500-1242,    Philadelphia, PA 19178-1242
14068114       +Sirius Satellite Radio,    P.O. Box 33174,   Detroit, MI 48232-5174
14068115       +The 3B Orthopeadics, PC,    P.O. Box 828079,   Philadelphia, PA 19182-0001
14068119        UPHS HUP Patient Pay,    P.O. Box 824336,   Philadelphia, PA 19182-4336
14068121       +West Chester GI Associates,    915 Olde Fern Hill Road,    Building B Suite 300,
                 West Chester, PA 19380-4269
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              EDI: BTPDERSHAW.COM Jul 18 2018 06:08:00      TERRY P. DERSHAW,    Dershaw Law Offices,
                 P.O. Box 556,   Warminster, PA  18974-0632
smg             E-mail/Text: megan.harper@phila.gov Jul 18 2018 02:16:58      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 18 2018 02:16:51      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14068075       +EDI: GMACFS.COM Jul 18 2018 06:08:00      Ally Financial,    Attn: Bankruptcy,    Po Box 380901,
                 Bloomington, MN 55438-0901
14068077       +E-mail/Text: broman@amhfcu.org Jul 18 2018 02:16:45      American Heritage Federal Credit Union,
                 2060 Red Lion Rd,    Philadelphia, PA 19115-1699
14068082       +EDI: CAPITALONE.COM Jul 18 2018 06:08:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14068083        EDI: RMSC.COM Jul 18 2018 06:08:00      Care Credit/Synchrony Bank,    P.O. Box 960061,
                 Orlando, FL 32896-0061
14068084       +E-mail/Text: bankruptcy@cavps.com Jul 18 2018 02:16:50      Cavalry,    P.O. Vox 520,
                 Valhalla, NY 10595-0520
14068085       +E-mail/Text: bankruptcy@cavps.com Jul 18 2018 02:16:50      Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14068086       +E-mail/Text: bankruptcy@cavps.com Jul 18 2018 02:16:50      Cavalry SPV I, LLC,    P.O. Box 520,
                 Valhalla, NY 10595-0520
14068087       +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jul 18 2018 02:17:04      Comcast,
                 676 Island Pond Drive,    Manchester, NH 03109-4840
14068090       +EDI: ECAST.COM Jul 18 2018 06:08:00      Ecast Settlement Corp.,    P.O. Box 29262,
                 New York, NY 10087-9262
14068096       +EDI: RMSC.COM Jul 18 2018 06:08:00      GE Money Bank,    PO Box 960061,   Orlando, FL 32896-0061
14068107        EDI: PRA.COM Jul 18 2018 06:08:00      Portfolio Recovery,    Po Box 41067,   Norfolk, VA 23541
14068982       +EDI: PRA.COM Jul 18 2018 06:08:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14073814        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2018 02:16:38
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14068112       +EDI: SEARS.COM Jul 18 2018 06:08:00      Sears,   P.O. Box 182149,    Columbus, OH 43218-2149
```

```
District/off: 0313-2          User: DonnaR              Page 2 of 2              Date Rcvd: Jul 17, 2018
                              Form ID: 318              Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14068116       EDI: TFSR.COM Jul 18 2018 06:08:00      Toyota Motor Credit Corp,    Po Box 8026,
                 Cedar Rapids, IA 52408
14068117       EDI: TFSR.COM Jul 18 2018 06:08:00      Toyota Mtr,   Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408
14068118      +E-mail/Text: bankruptcydepartment@tsico.com Jul 18 2018 02:17:07        Transworld Systems, Inc.,
                 500 Virginia Drive, Suite 514,    Fort Washington, PA 19034-2707
14068120      +EDI: VERIZONCOMB.COM Jul 18 2018 06:08:00       Verizon,
                 Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
                                                                                               TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
14068078*     +American Heritage Federal Credit Union,    2060 Red Lion Road,    Philadelphia, PA 19115-1699
14068113*      Sears,   P.O. Box 182149,    Columbus, OH 43218-2149
                                                                                             TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2018 at the address(es) listed below:
```
              ANN E. SWARTZ    on behalf of Creditor    Bayview Loan Servicing, LLC as servicer for The Bank of
               New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders CWALT, Inc.,
               Alternative Loan Trust 2006-35CB, Mortgage Pass-T ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS
               TRUSTEE (CWALT 2006-35CB) ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
              CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
               cbrennan@klehr.com,    nharrison@klehr.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor    Bayview Loan Servicing, LLC as servicer for The
               Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders CWALT,
               Inc., Alternative Loan Trust 2006-35CB, Mortgage Pass-T ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN    on behalf of Debtor Eric  Leggett scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              SCOTT F. WATERMAN    on behalf of Joint Debtor Patrice  Leggett scottfwaterman@gmail.com,
               scottfwaterman@gmail.com
              TERRY P. DERSHAW    td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 10
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Eric Leggett** | Social Security number or ITIN **xxx–xx–4230** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Patrice Leggett** | Social Security number or ITIN **xxx–xx–4832** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **18–11472–amc**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Eric Leggett                                  Patrice Leggett

7/17/18                                       **By the court:**   Ashely M. Chan
                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                **Order of Discharge**                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318     **Order of Discharge**     page 2